# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**A-1 WHEELS & TIRE, LLC,**
d/b/a **A-1 WHEEL & TIRE,**

Appellants,

v.

**DEPARTMENT OF REVENUE,
STATE OF FLORIDA,**
Appellee.

No. 4D18-1574

[May 2, 2019]

Appeal from the State of Florida, Department of Revenue; L.T. Case No. DOR 14-105 AC.

Martin Hoffenden of Hoffenden Law P.A., Coral Springs, for appellants for A-1 Wheels & Tire, LLC.

Ashley B. Moody, Attorney General, and Amanda B. McKibben, Assistant Attorney General, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, LEVINE, JJ., and ROWE, CYMONIE, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***